UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
DISH NETWORK L.L.C.,

      Plaintiff,

  - against -

786 WIRELESS WORLD, INC., 786
ENTERPRISES, INC., RANA M. AFZAL, and
DOES 1-10,

      Defendants.
---------------------------------------------------------------x

Civil Action No. 21-cv-_____

**EXHIBIT NO. 2 TO COMPLAINT**

Examples of programs that aired on the Protected Networks, whose episodes are each copyrighted works and for which not all episodes have been registered with the United States Copyright Office:

| Title of Work | Protected Channel |
|---|---|
| Badnaam | ARY Digital |
| Balaa | ARY Digital |
| Bubbly Kya Chahti Hai | ARY Digital |
| Bulbulay | ARY Digital |
| Chadni Begum | ARY Digital |
| Do Biwiyan Aik Bechara | ARY Digital |
| Ghar Jamai | ARY Digital |
| Good Morning Pakistan | ARY Digital |
| Jeeto Pakistan | ARY Digital |
| Jhooti | ARY Digital |
| Khudparast | ARY Digital |
| Koi Chand Rakh | ARY Digital |
| Mera Dil Mera Dushman | ARY Digital |
| Meri Baji | ARY Digital |
| Ruswai | ARY Digital |
| Sitaron Ki Baat Hummayun Kay Saath | ARY Digital |
| Thora Sa Haq | ARY Digital |

1

| Title of Work | Protected Channel |
|---|---|
| Zard Zamono Ka Sawera | ARY Digital |
| Mahaz | Dunya TV |
| Nuqta e Nazar | Dunya TV |
| Hasb-E-Haal | Dunya TV |
| Mazaaq Raat | Dunya TV |
| Voice of Dunya | Dunya TV |
| News Hour | Express News |
| Aaj Shazaib Khanzada Kay Saath | Geo News |
| Capital Talk | Geo News |
| Jirga | Geo News |
| Khabarnak | Geo News |
| Meray Mutabiq | Geo News |
| Naya Pakistan | Geo News |
| Report Card | Geo News |
| Flame on Hai | Hum Masala |
| Chaska Pakanay Ka | Hum Masala |
| Chef Hunt | Hum Masala |
| Dais Pardes Ke Khanay | Hum Masala |
| Easy Cooking | Hum Masala |
| Evening with Shireen | Hum Masala |
| Food Diaries | Hum Masala |
| Food Fantasy | Hum Masala |
| Hum Mart | Hum Masala |
| Hum Masala Cooking Show | Hum Masala |
| Kha Mere Manwa | Hum Masala |
| Lazzat | Hum Masala |
| Lively Weekends | Hum Masala |
| Masala Cooking Classes | Hum Masala |
| Masala Family Festival | Hum Masala |
| Masala Magazine | Hum Masala |

4821-4497-8684v.1 0090227-000011

| Title of Work | Protected Channel |
|---|---|
| Masala Morning | Hum Masala |
| Mehboob's Kitchen | Hum Masala |
| Parwaz Hai Junoon | Hum Masala |
| Ramzan Around the World | Hum Masala |
| Riwayati Mithaiyan | Hum Masala |
| South Asian Cuisine | Hum Masala |
| Tarka | Hum Masala |
| Wonderful Indonesia | Hum Masala |
| 100 Din Ki Kahani | Hum Sitaray |
| Aasi | Hum Sitaray |
| Apne Bane Paraye | Hum Sitaray |
| Babul Ki Sahaliyan | Hum Sitaray |
| Bunty I Love You | Hum Sitaray |
| Digest Writer | Hum Sitaray |
| Dil Ka Darwaza | Hum Sitaray |
| Dil Main Baji Ghanti | Hum Sitaray |
| Dildarian | Hum Sitaray |
| Haya Kay Daman Main | Hum Sitaray |
| Hum Kay Tehray Ajnabi | Hum Sitaray |
| Jahan Ara Begum | Hum Sitaray |
| Kya Kahain Tujsay | Hum Sitaray |
| Larkian Muhalle Ki | Hum Sitaray |
| Main Bikhar Gayi | Hum Sitaray |
| Majboori | Hum Sitaray |
| Matae Jaan Hai Tuu | Hum Sitaray |
| Mujhe Sandal Kardo | Hum Sitaray |
| Neelum Kinaray | Hum Sitaray |
| Newsline | Hum Sitaray |
| Pakiza (Pakeeza) | Hum Sitaray |
| Sayaye Deewar | Hum Sitaray |

| Title of Work | Protected Channel |
|---|---|
| Surkh Jora | Hum Sitaray |
| Tanhai | Hum Sitaray |
| Yeh Raha Dil | Hum Sitaray |
| Zameen Pe Chand | Hum Sitaray |
| Zindagi Tujh Ko Jiya | Hum Sitaray |
| Dil Ruba | Hum TV |
| Kashf | Hum TV |
| Mehboob Apke Qadmon Mein | Hum TV |
| Pyar Ke Sadqay | Hum TV |
| Rabba Mainu Maaf Kareen | Hum TV |
| Sabaat | Hum TV |
| Tarap | Hum TV |
| Wafa Kar Chalay | Hum TV |
| Ye Dil Mera | Hum TV |
| Tera Kya Hoga Alia | SAB |
| Maddam Sir – Kuch Baat Hai Kyunki Jazbaat Hai | SAB |
| Beyhadh | SET |
| Chandragupta Maurya | SET |
| Crime Patrol | SET |
| Indian Idol | SET |
| India's Best Dancer | SET |
| Ishaaron Ishaaron Mein | SET |
| Kapil Sharma Show | SET |
| Kaun Banega Crorepati | SET |
| Ladies Special | SET |
| Mere Dad Ki Dulhan | SET |
| Mere Sai | SET |
| Mil Jate Hain Jo Bane Ek Duje Ke Vaaste | SET |
| Patiala Babes | SET |
| Superstar Singer | SET |

4

| Title of Work | Protected Channel |
|---|---|
| Tara From Satara | SET |
| Vighnaharta Ganesh | SET |

4821-4497-8684v.1 0090227-000011