UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

DISH NETWORK, LLC,                       Case Action No.: 1:21-CV-05730- AMD-RML

                  Plaintiff,

                                                            **DEFENDANTS**
               -Against-                       **STATUS REPORT**

786 WIRELESS WORLD, INC. 786 ENTERPRISES,
INC., RANA M. AFZAL, and DOES 1-10,
                              Defendant(s).
--------------------------------------------------------------------------------

       I am informing the Court that Defendants intend to seek leave to file a late answer which answer has already been filed.

                                               Respectfully Submitted

                                               David H. Perlman