UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------

DISH NETWORK, LLC,

                         Case Action No.: 1:21-CV-05730- AMD-RML

                 Plaintiff,

                                      **LETTER APPLICATION**

          -Against-

786 WIRELESS WORLD, INC. 786 ENTERPRISES,
INC., RANA M. AFZAL, and DOES 1-10,

                 Defendant(s).
---------------------------------------------------------------------------

Hon. Magistrate Judge Levy,

    This is a letter application for defendant to seek leave to file a late answer requesting the motion be made on or before July 22, 2022.

    The reason for the application is that I have been advised that Defendants' officer has been on vacation. I myself will be out of town on July 11th and 12th.

    Your courtesy will be appreciated.

                                                                     Respectfully Submitted

                                                                     David H. Perlman