UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------

DISH NETWORK, LLC,                      Case Action No.: 1:21-CV-05730- AMD-RML

                   Plaintiff,

                                                                                         **LETTER**

                   -Against-

786 WIRELESS WORLD, INC. 786 ENTERPRISES,
INC., RANA M. AFZAL, and DOES 1-10,

                   Defendant(s).
-------------------------------------------------------------------------------

Hon. Magistrate Judge Levy,

    Kindly treat this communication as a request to extend the time to file a motion for leave to file a late answer in the above action.

    The Defendant's knowledgeable witness has returned from his sojourn and immediately called me upon receiving my many messages.

    In the making of such motion an affidavit of meritorious defense was needed and without this witness it was an impossibility.

    Under the circumstances I would need another two weeks to file same.

                                                                                             Respectfully Submitted

                                                                                            David H. Perlman