UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------

DISH NETWORK, LLC,

                     Plaintiff,

-Against-

786 WIRELESS WORLD, INC. 786 ENTERPRISES, INC., RANA M. AFZAL, and DOES 1-10,

                     Defendant(s).

-------------------------------------------------------------------------

Case Action No.: 1:21-CV-05730- AMD-RML

**NOTICE OF MOTION FOR LEAVE TO FILE A LATE ANSWER**

PLEASE TAKE NOTICE that upon the affidavit of DAVID H. PERLMAN sworn to on the 10th day of August 2022, the affidavit of a Adeel Hussein sworn to on the 15 day of August 2022 and the affidavit of Rana M. Afzal sworn to the 15 day of August 2022, and the prior pleadings and proceedings, Defendants 786 Wireless World Inc., 786 Enterprises Inc., and Rana M. Afzal shall move this court before the Honorable Magistrate Judge Robert M. Levy, Eastern District of New York, 225 Cadman Plaza East Brooklyn, NY 11201, as soon as counsel can be heard for an order to file a late answer after the time to do so has expired pursuant to Federal Rule of Civil Procedure 60 and vacating defendants default.

Dated: August 15, 2022
       Brooklyn, NY

Respectfully submitted,

*/s/ David H. Perlman*

David H. Perlman, Esq.
By: David H. Perlman
188 Montague St., Suite 850
Brooklyn, NY 11201