

1251 Avenue of the Americas
21st Floor
New York, NY 10020-1104

**Adam I. Rich**
(212) 402-4065 tel
(212) 489-8340 fax
adamrich@dwt.com

August 25, 2022

**VIA ECF**
Hon Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:  *DISH Network L.L.C. v. 786 Wireless World, Inc., et al.*,
          1:21-cv-05730-AMD-RML

Dear Judge Levy:

    This firm represents Plaintiff DISH Network L.L.C. in the above-captioned action.

    By Order dated August 24, 2022, the Court scheduled a telephone conference in this matter for September 19, 2022.  Unfortunately, both my co-counsel and I will be traveling internationally on that date and unable to participate.  We have conferred with counsel for Defendants 786 Wireless World, Inc., 786 Enterprises, Inc., and Rana M. Afzal, and all parties are generally available any time on September 20-23 or September 29-30.  We respectfully request that the Court reschedule the telephone conference for one of those dates, if possible.

    We thank the Court for its attention to this matter

          Respectfully,

          DAVIS WRIGHT TREMAINE LLP

          */s/ Adam I. Rich*

          Adam I. Rich

Copy (via ECF):  All Counsel

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.