UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

DISH NETWORK L.L.C.,

                Plaintiff,

- against -

786 WIRELESS WORLD, INC., et al.

                Defendants.

------------------------------------------------------------------x

21-cv-05730-AMD-RML

**STIPULATION**

      **IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for Defendants 786 Wireless World, Inc., 786 Enterprises, Inc., and Rana Afzal (the "Current Defendants") and Plaintiff DISH Network L.L.C. (together, the "Parties") as follows:

      1.      Defendants 786 Wireless World, Inc., 786 Enterprises, Inc., and Rana M. Afzal are the only defendants who have appeared in this action.

      2.      Pursuant to Federal Rule of Civil Procedure 15(a)(2), the Parties consent to the filing of Plaintiff DISH Network L.L.C.'s First Amended Complaint.

DATED:  November 7, 2022

| DAVIS WRIGHT TREMAINE LLP | DAVID H. PERLMAN |
|---|---|
| By:   */s/ Robert D. Balin*<br>       Robert D. Balin<br>       Adam I. Rich<br>       1251 Avenue of the Americas<br>       21st Floor<br>       New York, NY 10020<br>       Tel. 212.489.8230<br>       Email:  robertbalin@dwt.com<br>                 adamrich@dwt.com<br><br>*Attorneys for Plaintiff DISH Network L.L.C.* | By:   */s/David H. Perlman*<br>       David H. Perlman<br>       186 Montague Street<br>       4th Floor<br>       Brooklyn, NY 11201<br>       Tel. 718-855-8708<br>       Email:  david@dhperlman.com<br><br>*Attorneys for Defendants 786 Wireless World, Inc., 786 Enterprises, Inc., and Rana Afzal* |