UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

DISH NETWORK L.L.C.,

                  Plaintiff,

         - against -

786 WIRELESS WORLD, INC., 786 ENTERPRISES, INC., ADEEL HUSSAIN (aka ADIL HUSSAIN), RANA M. AFZAL, SUSHMA SHARMA (aka SUDHMA SHARMA), RAJESH VAIDYA (aka OMER MASSOD), SATBIR GIRN, RAJBIR GIRN, RAJKIRAN SINGH (aka SAJAN SINGH), KHIZER FAROOQ, and DOE DEFENDANTS 1-10,

                  Defendants.

---------------------------------------------------------------x

21-cv-05730-AMD-RML

**REQUEST FOR CERTIFICATE OF DEFAULT**

TO:    BRENNA B. MAHONEY
         CHIEF CLERK
         UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF NEW YORK

Plaintiff DISH Network L.L.C. ("DISH") respectfully requests that the Clerk of Court enter a certificate of default, pursuant to Fed. R. Civ. P. 55(a) and Local Civil Rule 55.1, against Defendants SUSHMA SHARMA (aka SUDHMA SHARMA), RAJESH VAIDYA (aka OMER MASSOD), SATBIR GIRN, RAJBIR GIRN, RAJKIRAN SINGH (aka SAJAN SINGH), and KHIZER FAROOQ (the "Direct Infringers") for failure to plead or otherwise defend against DISH's Amended Complaint as fully appears from the court file herein and from the attached declaration of Robert D. Balin (the "Balin Decl.").

DISH commenced this action on October 14, 2021, against Defendants 786 Wireless World, Inc., 786 Enterprises, Inc., and Rana M. Afzal. Dkt. 1; Balin Decl. ¶ 2. Since the names of certain other Defendants were not then known to DISH, the Complaint also named Does 1-10 as additional defendants. *Id.* On November 7, 2022, DISH filed its Amended Complaint, naming

the Direct Infringers as additional defendants.  Dkt. 30; Balin Decl. ¶ 5.  The Court granted leave for DISH to serve the Direct Infringers via email.  Minute Entry dated 12/4/22; Balin Decl. ¶ 8.  A summons was issued as to the Direct Infringers on December 7, 2022.  Dkt. 43; Balin Decl. ¶ 9.  That same day, proper service of the Amended Complaint and summons, as well as copies of the Civil Cover Sheet, and Rule 7.1 Disclosure Statement were served on the Direct Infringers via RPost email, as reflected in the proof of service, also filed on December 7, 2022.  Dkt. 44; Balin Decl. ¶ 10.

The Direct Infringers were required to respond to DISH's Amended Complaint within 21 days of service, or by December 28, 2022.  *Id.*; Fed. R. Civ. P. 12(a)(1)(A)(i).  More than 21 days have elapsed since DISH properly served the Direct Infringers, and the Direct Infringers have failed to plead or otherwise defend this action.  Balin Decl. ¶¶ 11-13.

None of the Direct Infringers are infants, in the military, or incompetent persons.  A proposed Certificate of Default is submitted herewith.  Balin Decl. ¶¶ 14-16.

Dated: New York, New York
January 5, 2023

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: */s/ Robert D. Balin*
    Robert D. Balin
    Adam I. Rich

1251 Avenue of the Americas, 21st Floor
New York, NY  10020-1104
(212) 489-8230 Phone
(212) 489-8340 Fax
Email:   robertbalin@dwt.com
          adamrich@dwt.com

*Attorneys for Plaintiff DISH Network L.L.C.*