**EXHIBIT A**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| DISH NETWORK L.L.C., | : |
|                 Plaintiff, | : |
| - against - | : |
| 786 WIRELESS WORLD, INC., 786 ENTERPRISES, INC., ADEEL HUSSAIN (aka ADIL HUSSAIN), RANA M. AFZAL, SUSHMA SHARMA (aka SUDHMA SHARMA), RAJESH VAIDYA (aka OMER MASSOD), SATBIR GIRN, RAJBIR GIRN, RAJKIRAN SINGH (aka SAJAN SINGH), KHIZER FAROOQ, and DOE DEFENDANTS 1-10, | : |
|                 Defendants. | : |

21-cv-05730-AMD-RML

**[PROPOSED] CLERK'S CERTIFICATE OF DEFAULT**

I, Brenna B. Mahoney, Clerk of the United States District Court for the Eastern District of New York, do hereby certify that Defendants SUSHMA SHARMA (aka SUDHMA SHARMA), RAJESH VAIDYA (aka OMER MASSOD), SATBIR GIRN, RAJBIR GIRN, RAJKIRAN SINGH (aka SAJAN SINGH), and KHIZER FAROOQ have not filed any answer or otherwise moved with respect to the First Amended Complaint herein.  The default of Defendants SUSHMA SHARMA (aka SUDHMA SHARMA), RAJESH VAIDYA (aka OMER MASSOD), SATBIR GIRN, RAJBIR GIRN, RAJKIRAN SINGH (aka SAJAN SINGH), and KHIZER FAROOQ is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:  Brooklyn, New York

       _____, 2023

                                                        BRENNA B. MAHONEY, Clerk of Court

                                                        By:_____
                                                                    Deputy Clerk