UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------------

DISH NETWORK, LLC,                      Case Action No.: 1:21-CV-05730- AMD-RML

                     Plaintiff,

                                                                     **LETTER**

                    -Against-

786 WIRELESS WORLD, INC. 786 ENTERPRISES,
INC., RANA M. AFZAL, and DOES 1-10,

                                    Defendant(s).
---------------------------------------------------------------------------------

Hon. Magistrate Judge Levy,

       The defendants I represent were to appear at my office on February 17, 2023 at 3:00 PM.

       They did not show as of 5:00 PM and I did not hear from them.

       I therefore request time to file a motion to be relieved as attorney.

       I think is it premature for renewing request for a default as there are future discovery dates.

       I advised plaintiff's counsel yesterday as to what occurred.

                                                                 Respectfully Submitted

                                                                 David H. Perlman